## UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Kelli A. Iversen
*Debtor*

*Case No.:* 23–70488

*Chapter:* 13

## DEFICIENCY NOTICE

On 10/24/23, Objection to Claim 1 of Wells Fargo Bank was filed and found to be deficient for the following reason:

Your Objection to Claim filed on 10/24/23 did not indicate the claim number. When a claim has been amended the claim number must be indicated as 1–1, 1–2, etc. You must filed an Amended Objection to Claim with a Certificate of Service.

No further action will be taken on this document.

*Dated:* 10/24/23

    /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.