Form clmtext

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* Kelli A. Iversen
*Debtor(s)*

*Case No.:* 23–70488

*Chapter:* 13

---

### NOTICE OF ENTRY OF TEXT ORDER

YOU ARE HEREBY NOTIFIED that the text order listed below was entered on the docket this date.

**(Text−only order, no associated pdf) Order re: Objection to Claim: Claim 1–2 of Wells Fargo Bank NA. Objection allowed as filed. (RE: related document(s)42 Objection to Claim filed by Debtor Kelli A. Iversen). (court, tsmi)**

Dated: 1/17/24

　　　　　　　　　　　　　　　　　　　　　__/S/__ Adrienne D. Atkins__
　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.